UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH WAYNE HUNTER, ) | |
| ID # 13034945, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:14-CV-1894-B-BH |
| ) | |
| CRAIG WATKINS, District Attorney. et al. ) | |
|     Defendants. ) | Referred to U.S. Magistrate Judge |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND STAYING PART OF CASE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  By separate judgment, all of the plaintiff's claims against Craig Watkins and Bree West will be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).  His claims against Tameka Austin, LaSheawn Rose, Damirus Cooks, and Victor Kelly for lying under oath are hereby **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

Plaintiff's remaining claims against Officer O. Hampton and Tameka Austin, LaSheawn Rose, Damirus Cooks, and Victor Kelly are hereby **STAYED**.  The Clerk of the Court shall mark this action **CLOSED** for statistical purposes.  The Court retains jurisdiction over these claims and orders that the case may be reopened on motion of Plaintiff to pursue them after the pending state criminal charges are resolved.  Any motion to reopen the case to pursue these claims must be filed within the

statutory period of limitations for Plaintiff's claims, or within sixty days of the date the criminal charges are resolved, whichever date is later.

**SIGNED this 6th day of February , 2015.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE